IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:09cr112-MHT |
| | ) | (WO) |
| TIOMBE HARRIS | ) | |

## ORDER

Upon consideration of the Retroactivity Screening Panel's revised recommendation (doc. no. 67), the court has concerns about the Panel's conclusion. Specifically, the court wishes to hear the views of defendant Tiombe Harris and the government as to whether the method of calculating the sentence reduction employed in the recommendation is appropriate in this case, in light of the court's determinations at the original sentencing and U.S.S.G. § 1B1.10(b)(2)(B) & cmt. n. 4(B).

As defendant Tiombe Harris would benefit from counsel to represent him on this matter, it is ORDERED that the clerk of the court is to arrange for the appointment of counsel for defendant Harris.

DONE, this the 8th day of January, 2016.

_ /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE