IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:09cr112-MHT |
| | ) | (WO) |
| TIOMBE HARRIS | ) | |

ORDER

Because counsel for the parties were not prepared for the telephone conference held today on defendant Tiombe Harris's motion to vacate, set aside, or correct his sentence (doc. no. 75), it is ORDERED that an in-person conference on that motion is set for 9:00 a.m. on May 10, 2016, in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

It appears that counsel may have been unprepared for this telephone conference because they read only the docket notation related to this court's order of April 26, 2016 (doc. no. 77), which indicated that a telephone conference had been set, and not the full text of the order, which specifically instructed counsel to consider certain issues in preparing.  If this impression is

correct, counsel are reminded that it is imperative to read the entirety of each and every order.

DONE, this the 2nd day of May, 2016.

                                          /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**