IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       3:09cr112-MHT
                            )            (WO)
TIOMBE HARRIS               )
```

ORDER

The clerk of court is DIRECTED to:

(1) Strike defendant Tiombe Harris's motion to vacate, set aside, or correct his sentence, currently docketed as doc. no. 82, from this criminal case.

(2) Open a new civil action under 28 U.S.C. § 2255, and docket this same motion in the newly opened civil action.

(3) Strike the government's response to defendant Harris's motion, currently docketed as doc. no. 83 in this criminal case.

(4) Docket the government's response in the newly opened civil action.

(5) Assign the newly opened civil action to the district judge and magistrate judge to whom the instant case is assigned.

DONE, this the 11th day of May, 2016.

                                        /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**