IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:09cr112-MHT |
| | ) | (WO) |
| TIOMBE HARRIS | ) | |

ORDER

Based on the representations made during a hearing held in open court on May 10, 2016, it is ORDERED that Harris's motion to vacate, set aside, or correct his sentence (doc. no. 75) is denied as moot.

DONE, this the 12th day of May, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE