IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
    v.                      )        3:09cr112-MHT
                            )            (WO)
TIOMBE HARRIS               )
```

ORDER

Pursuant to the civil habeas opinion and judgment, copies of which were entered in this criminal case at docket numbers 85 and 86, it is ORDERED that the amended sentence imposed in this case on January 15, 2016, as reflected in docket numbers 72, 73, and 74, is vacated.

DONE, this the 12th day of May, 2016.

                                             /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE